IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

TONY A. EASON                                                                   PLAINTIFF

v.                                    Case No. 6:26-cv-6001

JANE DOE
(Nurse Practitioner, Miller County Jail)                          DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed March 18, 2026, by the
Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.
ECF No. 9.  Judge Ford recommends that this case be dismissed without prejudice for failure to
comply with the Court's orders and failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object
has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and
Recommendation (ECF No. 9) *in toto*.  Accordingly, the Court finds that this case should be and
hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of April, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge